UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI,

      Plaintiff,                                    Case No. 25-cv-10141
                                                            Hon. Matthew F. Leitman

v.

CELIO ANDRINO DA CONCEICAO,
a/k/a Celio Andrino, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: March 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2025, by electronic means and/or ordinary mail.

                                           s/Holly A. Ryan
                                           Case Manager
                                           (313) 234-5126